UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| IN RE: ONGLYZA (SAXAGLIPTIN) AND KOMBIGLYZE XR (SAXAGLIPTIN AND METFORMIN) PRODUCTS LIABILITY LITIGATION | Master File No. 5:18-md-2809-KKC |
| THIS DOCUMENT RELATES TO:<br><br>**Shirley Wilson**<br><br>VS.<br><br>**BRISTOL-MYERS SQUIBB COMPANY, ASTRAZENECA PHARMACEUTICALS, LP, AND MCKESSON CORPORATION** | HON. KAREN K. CALDWELL<br><br>**SHORT FORM COMPLAINT AND DEMAND FOR JURY TRIAL**<br><br>Case No.: |

**SHORT FORM COMPLAINT**

Plaintiff(s) incorporate by reference the Master Complaint and Jury Demand filed in the above-referenced case on November 19, 2018. (Dkt. 185.) This Short Form Complaint adopts all of the Master Complaint and Jury Demand's allegations and claims against all Defendants as if copied here *in extenso*.

Upon information and belief, Plaintiff(s) further allege(s) as follows:

**PARTIES, JURISDICTION, AND VENUE**

1. Plaintiff, Shirley Wilson, is a resident and citizen of Oklahoma City, Oklahoma and claims damages as set forth below.

2. State in which Plaintiff(s) allege(s) injury: Oklahoma City, Oklahoma.

3. Defendants:

☒ Bristol-Myers Squibb Company

☒ AstraZeneca Pharmaceuticals, LP

☒ McKesson Corporation

4. Jurisdiction is proper based upon diversity of citizenship.

5. The District Court in which remand for trial is proper and where this Complaint would have been filed absent the direct filing order by this Court is United States District Court for the Western District of Oklahoma.

## FACTUAL ALLEGATIONS

6. On or about July 31, 2013, Tracy Toft, PA-C, prescribed Onglyza to treat Plaintiff for type 2 diabetes.

7. During the time of usage of Onglyza, Plaintiff was a resident and citizen of Oklahoma City, Oklahoma.

8. Neither Plaintiff nor Tracy Toft, PA-C, knew or had reason to know that Onglyza could cause heart failure or congestive heart failure.

9. As a result of taking Onglyza, on or about July 31, 2013, Plaintiff sustained severe and permanent injuries including, but not limited to, heart failure and/or congestive heart failure, as diagnosed on March 12, 2014, by Tracy Toft, PA-C at Open Arms Clinic.

## ALLEGATIONS AS TO INJURIES

10. Plaintiff claims damages as a result of:

☒ Injury to self

☐ Injury to the person represented

☐ Wrongful death

☐ Survivorship action

☐ Economic loss

☐ Loss of consortium

11. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s).

**DEFENDANT-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY**

12. The following claims and allegations are asserted by Plaintiff(s) in the Master Complaint (Dkt. 185) and are herein adopted by reference:

☒ Count I – Strict Liability/Design Defect

☒ Count II – Negligence

☒ Count III – Strict Liability/Failure to Warn

☒ Count IV – Breach of Warranty of Merchantability

☒ Count V – Breach of Express Warranty

☒ Count VI – Breach of Implied Warranty

☒ Count VII – Violation of Consumer Protection Laws and/or Deceptive Trade Practices under the Law of the State of __OK__

☐ Count VIII – Loss of Consortium

☐ Count IX – Survival Action

☐ Count X – Wrongful Death

☒ Count XI – Punitive Damages

☐ Count XII – Other _____

☐ Count XIII – Other _____

If Count XII or Count XIII is alleged, additional facts supporting the claim(s):

_____

_____

_____

## **PRAYER FOR RELIEF**

Plaintiff(s) has/have been damaged as a result of Defendants' actions or inactions and demand(s) judgment against Defendants on each of the above-referenced causes of action, jointly and severally to the full extent available in law or equity, as requested in the Master Complaint and Jury Demand. (Dkt. 185.) Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff(s) hereby demand(s) a trial by jury as to all claims in Complaint so triable.

Dated: 7/8/2019

Respectfully submitted,

By: /s/ *Daniel C. Burke*
Daniel C. Burke, Esq.
**BERNSTEIN LIEBHARD LLP**
10 East 40th Street
New York, New York 10016
Tel:  (212) 779-1414
Fax:  (212) 779-3218
dburke@bernlieb.com

*Attorneys for Plaintiff*